ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 OCT -9 A 11: 52
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DANIEL ALTHONE GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 307-050 |
| | ) | |
| CHERYL PARSONS, Superintendent at Treutlen Probation Center; VAN HARRIS, Assistant Superintendent at Treutlen Probation Center; ROBERT D. CONE, Probation Officer at Treutlen Probation Center; and TREUTLEN PROBATION DETENTION CENTER ADMINISTRATIVE STAFF, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R & R"), to which objections have been filed. Plaintiff contends that one of the cases the Magistrate Judge cited in the R & R as a strike had been reversed. However, a review of the Court's records for that case confirms that the case qualifies as a strike and has not been reversed.[1] Griffin v. Charlton County Superior Court, CV 504-054 (S.D. Ga. Sept. 1, 2004). Plaintiff also argues with the Magistrate Judge's interpretation of the facts alleged in the complaint. Specifically, Plaintiff takes issue

---

[1] This Court has the authority to take judicial notice of its own documents. United States v. Rey, 811 F.2d 1453, 1457 n.5 (11th Cir.1987) ("A court may take judicial notice of its own records and the records of inferior courts.").

ORIGINAL

as to whether the sentences imposed in his case should be served concurrently as opposed to consecutively. This objection is immaterial, as Plaintiff simply makes no effort to establish that he is in imminent danger as required by 28 U.S.C. § 1915(g). Thus, Plaintiff's objections are without merit.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED**, this action is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this ___ day of October, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE