# United States District Court
## *Southern District of Georgia*

DANIEL ALTHONE GRIFFIN,

    Plaintiff,

                  JUDGMENT IN A CIVIL CASE

        V.                    CASE NUMBER:  CV307-050

CHERYL PARSONS, VAN HARRIS, ROBERT D. CONE,
TREUTLEN PROBATION DETENTION CENTER
ADMINISTRATIVE STAFF,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court Entered on October 9, 2007, adopting the Report and Recommendation of the Magistrate Judge and DISMISSING this civil action without prejudice.

This case stands CLOSED.

| October 9, 2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03